**Entered on Docket
June 25, 2008**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

___

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
ELSIE L. SECOQUIAN (NV Bar #9685)
525 E. Main Street
P.O. Box 12289
El Cajon, CA 92022-2289
Telephone: (702) 413-9692
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for    Secured Creditor ARGENT MORTGAGE COMPANY, LLC, its successors
                and/or assigns

E-Filed on 6/23/08

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>RONALDO M. PADOR AND MARILOU G PADOR,<br><br>Debtor(s). | Bankruptcy Case No. BK-S-07-17638-BAM<br>Chapter 13<br><br>ARGENT MORTGAGE COMPANY, LLC'S ORDER VACATING AUTOMATIC STAY<br><br>Date:   June 17, 2008<br>Time:   9:30 a.m. |

      A hearing on Secured Creditor Argent Mortgage Company, LLC's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Judge Bruce A. Markell.

1835439.wpd

1  The court having duly considered the papers and pleadings on file herein and being
2  fully advised thereon and finding cause therefor:
3  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay
4  of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by Secured
5  Creditor, its successors and/or assigns, of all its rights in the subject property, generally described
6  as 5348 Reardon Court, North Las Vegas, Nevada 89031, and legally described as follows:
7  SEE LEGAL DESCRIPTION ATTACHED HERETO
   AS EXHIBIT A AND MADE A PART HEREOF.
8
9
10  APPROVED/DISAPPROVED
11
12  _____
    KATHLEEN A. LEAVITT
13  TRUSTEE
14  /././
15  /././
16  /././
17  /././
18  /././
19  /././
20  /././
21  /././
22  /././
23  /././
24  /././
25  /././
26  /././
27  /././
28  /././

1  ALTERNATIVE METHOD re: RULE 9021:

2  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3  ☐     The court has waived the requirement of approval under LR 9021.

4  ☐     No parties appeared or filed written objections, and there is no trustee appointed in the case.

5  ☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
6  unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each
7  has approved or disapproved the order, or failed to respond, as indicated below [list each party and
8  whether the party has approved, disapproved, or failed to respond to the document]:

9  ☐     Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

10 ☐     Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

11 ☒     Failed to respond. - Trustee

12                                                    ###

13 Submitted by:

14 /s/ Elsie L. Secoquian
   525 E. Main Street
15 P.O. Box 12289
   El Cajon, CA 92022-2289
16 (702) 413-9692
   NV Bar #9685
17 Attorney for ARGENT MORTGAGE COMPANY, LLC,
   its successors and/or assigns

- 3 -

1835439.wpd

Order No. 04-01-917813-TO

## EXHIBIT "ONE"

Parcel One (1):

Lot 14 of Arbor Gate, as shown by map thereof on file in Book 91 of Plats, Page 71 in the Office of the County Recorder of Clark County, Nevada.

Parcel Two (2):

A non-exclusive easement for ingress, egress and enjoyment in and to the Association property as set forth in the Declaration of Covenants, Conditions and Restrictions for Country Garden (Arbor Gate) a Common Interest Community, recorded February 25, 2000 in Book 20000225 as Document No. 00963, of Official Records of Clark County, Nevada, as the same may from time to time be amended and/or supplemented, which easement is appurtenant to Parcel One (1).

Assessor's Parcel No: 124-31-220-014