Entered on Docket
May 10, 2010

_____
Hon. Bruce A. Markell
**United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A. as Trustee under Pooling and Servicing Agreement dated as of November 1, 2004 Asset Backed Pass-Through Certificates Series 2004 WHQ2
09-78009 / 0322724790

### UNITED STATES BANKRUPTCY COURT
### SOUHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 07-17638-bam |
| Ronaldo M. Pador and Marilou G. Pador | Motion no.<br>Date:<br>Time:<br><br>Chapter 13 |
| Debtors. | |

### ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on April 23, 2010 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, Wells Fargo Bank, N.A. as Trustee under Pooling and Servicing Agreement dated as of November 1, 2004 Asset Backed Pass-Through Certificates Series 2004 WHQ2 its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 5348 Reardon Court, North Las Vegas NV and legally described as follows:

Parcel One (1):

Lot 14 of Arbor Gate, as shown by map thereof on file in Book 91 of Plats, Page 71 in the Office of the County Recorder of Clark County, Nevada.

Parcel Two (2):

A non-exclusive easement for ingress, egress and enjoyment in and to the Association property as set forth in the Declaration of Covenants, Conditions and Restrictions for County Garden (Arbor Gate) a dCommon Interest Community, recorded February 25, 2000 in Book 20000225 as Document No. 00963, of Official Records of Clark County, Nevada, as that same may from time to time be amended and/or supplemented, which easment isn appurtenant to Parcel One (1).

Assessor's Parcel No: 124-31-220-014

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.

///

///

///

///

///

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

Wilde & Associates

By /s/ K. Adams #10235
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107